IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation, | No. C-04-3461 MEJ |
| Plaintiff, | **ORDER FOR CLERK OF COURT TO CLOSE FILE.** |
| v. | |
| ALLAN DORAL, | |
| Defendant. | |

On July 12, 2005, parties filed a joint Stipulation for Voluntary Dismissal of Defendant Allan Doral and Request to Retain Jurisdiction. On July 14, 2005, the Court issued an order dismissing Mr. Doral from the action without prejudice pursuant to said stipulation.

As Mr. Doral is the only named defendant in this case, the entire action is terminated in full. Accordingly, the Clerk of Court is hereby ORDERED to close the file.

**IT IS SO ORDERED.**

Dated: July 19, 2005

MARIA-ELENA JAMES
United States Magistrate Judge